Roger L. Grandgenett, Esq.
Nevada Bar No. 06323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendant
ATKINSON WATKINS & HOFFMANN LLP,
d/b/a BATTLE BORN INJURY LAWYERS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERCEDES RUIZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKINSON WATKINS & HOFFMAN LLP, d/b/a BATTLE BORN INJURY LAWYERS; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:26-cv-01810-RFB-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Mercedes Ruiz and Defendant Atkinson Watkins & Hoffman LLP d/b/a Battle Born Injury Lawyers, through their respective counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of July 13, 2026, up to and including **August 12, 2026.**

The parties agree that good cause exists for this extension as counsel for Defendant was only recently retained.  The additional time will allow defense counsel to conduct an initial investigation into the allegations and prepare a sufficient response to the Complaint.

///

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.


Dated: July 10, 2026

Respectfully submitted,


/s/ Ciara Alagao
Jason Kuller, Esq.
Ciara Alagao, Esq.
RAFII & ASSOCIATES P.C.

Attorneys for Plaintiff
MERCEDES RUIZ


Dated: July 10, 2026

Respectfully submitted,


/s/ Andrew S. Clark
Roger L. Grandgenett II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ATKINSON WATKINS & HOFFMANN
LLP,
d/b/a BATTLE BORN INJURY LAWYERS

**IT IS SO ORDERED.**

Dated: ____July 13, 2026_____


_____
UNITED STATES MAGISTRATE JUDGE


LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2

4938-2546-3228.1 / 133717.1002