Roger L. Grandgenett, Esq.
Nevada Bar No. 06323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendant
ATKINSON WATKINS & HOFFMANN LLP,
d/b/a BATTLE BORN INJURY LAWYERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MERCEDES RUIZ, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ATKINSON WATKINS & HOFFMAN LLP, d/b/a BATTLE BORN INJURY LAWYERS; and DOES 1 through 50, inclusive

Defendants.

Case No. 2:26-cv-01810-RFB-NJK

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[THIRD REQUEST]**

Plaintiff Mercedes Ruiz and Defendant Atkinson Watkins & Hoffmann LLP d/b/a Battle Born Injury Lawyers, through their respective counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of September 28, 2026, up to and including October 28, 2026.

The parties agree that good cause exists for this extension as they are currently exploring whether early resolution of this matter is possible. To that end, the parties have begun to exchange documents to assist in their assessment of early resolution. In addition to exchanging documents and records, the parties have also exchanged initial proposals to resolve the claims in Plaintiff's complaint. This requested extension is intended to preserve the parties' resources for a potential

resolution without imposing any additional burden on the Court. Thus, the parties agree that the slight delay caused by the requested extension serves the purposes of promoting an efficient resolution of litigation in the matter.

This is the third request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Jason Kuller*
Jason Kuller, Esq.
Ciara Alagao, Esq.
RAFII & ASSOCIATES P.C.

Attorneys for Plaintiff
MERCEDES RUIZ

Dated: September 25, 2026

Respectfully submitted,

*/s/ Andrew S. Clark*
Roger L. Grandgenett II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ATKINSON WATKINS & HOFFMANN LLP, d/b/a BATTLE BORN INJURY LAWYERS

**IT IS SO ORDERED.**

Dated: September 28, 2026

UNITED STATES MAGISTRATE JUDGE



LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800