**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERCEDES RUIZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKINSON WATKINS & HOFFMAN LLP, d/b/a BATTLE BORN INJURY LAWYERS; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:26-cv-01810-RFB-NJK<br><br>ORDER GRANTING STIPULATION **TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FOURTH REQUEST]** |

Plaintiff Mercedes Ruiz and Defendant Atkinson Watkins & Hoffmann LLP d/b/a Battle Born Injury Lawyers, through their respective counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of October 28, 2026, up to and including November 27, 2026.

The parties agree that good cause exists for this extension as they continue to explore early resolution of this matter. To that end, the parties have exchanged documents to assist in their assessment of early resolution. In addition to exchanging documents and records, the parties have also exchanged initial proposals to resolve the claims in Plaintiff's complaint. Given the putative collective nature of the claims in this matter, the parties' assessment includes more than plaintiff's

individual records. As a result, their settlement assessment has taken slightly longer than anticipated. The parties' tolling agreement, effective August 11, 2026, tolls the claims of Plaintiff and the putative collective and class members until Defendant files a responsive pleading, so the requested extension does not prejudice their claims. Nevertheless, this requested extension is intended to preserve the parties' resources for a potential resolution without imposing additional burden on the Court. Thus, the parties agree that the slight delay caused by the requested extension serves the purposes of promoting an efficient resolution of litigation in the matter while preserving the Court's and the parties' resources.

This is the fourth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Jason Kuller*
Jason Kuller, Esq.
Ciara Alagao, Esq.
RAFII & ASSOCIATES P.C.

Attorneys for Plaintiff
MERCEDES RUIZ

Dated: October 26, 2026

Respectfully submitted,

*/s/ Andrew S. Clark*
Roger L. Grandgenett II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ATKINSON WATKINS & HOFFMANN LLP, d/b/a BATTLE BORN INJURY LAWYERS

**IT IS SO ORDERED.**

Dated: October 27, 2026

UNITED STATES MAGISTRATE JUDGE